UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JDH UNLIMITED INC,

                Plaintiff,

v.

APKZ MEDICAL INC., *et al.*,

                Defendants.
-----------------------------------------------------------------X

**ORDER**
21-CV-3118 (WFK) (JAM)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On September 3, 2025, the Honorable Magistrate Judge Joseph A. Marutollo issued a Report and Recommendation ("R&R") recommending the Court: (1) grant Defendant Jessica Rose Koehler's motion to vacate default judgment for lack of personal jurisdiction; (2) order return of the funds from Defendant Koehler's bank account pursuant to the Default Judgment; and (3) order Plaintiff to cease and desist all enforcement efforts attendant to the Default Judgment against Koehler. R&R, ECF No. 46. Additionally, Magistrate Judge Marutollo recommended the Court transfer the entire case to the U.S. District Court for the District of Nevada. No party filed objections to the R&R. Accordingly, the Court ADOPTS the R&R in full and transfers the case to the U.S. District Court for the District of Nevada. The Clerk of Court is respectfully directed to resolve all corresponding pending motions and facilitate the transfer of this case.

**SO ORDERED.**

**s/WFK**
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2025
      Brooklyn, New York