John E. Bragonje, NV Bar No. 9519
Anona Su, NV Bar No. 16140
Christine R. Fox, NV Bar No. 15568
**WOMBLE BOND DICKINSON US LLP**
8488 Rozita Lee Ave, Ste. 400
Las Vegas, Nevada 89113
Tel: (702) 949-8200
John.Bragonje@wbd-us.com
Anona.Su@wbd-us.com
Christine.Fox@wbd-us.com

*Attorneys for Defendant Jessica Rose Koehler*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JDH UNLIMITED INC,<br><br>        Plaintiff,<br><br>vs.<br><br>APKZ MEDICAL INC., WESTERN MED SUPPLIES LLC, CHEK SHIH SHEN a/k/a JESSE SHEN, and JESSICA ROSE KOEHLER,<br><br>        Defendants. | Case No.: 3:25-cv-00651-MMD-CSD<br><br>**Order of Contempt against Plaintiff for Failure to Return Funds to Defendant Jessica Koehler and Related Sanctions** |

Before the Court is Defendant Jessica Rose Koehler's Motion for Order to Show Cause and the Court's prior orders directing Plaintiff JDH Unlimited Inc. to return funds to Ms. Koehler. ECF Nos. 48, 54. The Court conducted a show-cause hearing on May 6, 2026, at 11:00 a.m. *See* ECF Nos. 56. Ms. Christine Fox appeared on behalf of Defendant Koehler. Plaintiff did not appear.

At the hearing, the Court confirmed it granted Defendant Koehler's Motion for Order to Show Cause and ordered Plaintiff to appear at the show-cause hearing. *See* ECF Nos. 54, 56. The Court confirmed Plaintiff failed to comply with the Court's prior order directing return of the $45,982.20. And now, Plaintiff also failed to appear at the May 6, 2026 show-cause hearing.

The Court finds, by clear and convincing evidence, that (1) the Court issued a specific and definite order requiring Plaintiff to return $45,982.20 to Defendant Jessica Rose Koehler; (2) Plaintiff has not taken all reasonable steps within its power to comply with that order; and (3) Plaintiff's noncompliance is not the result of a good faith inability to comply. The Court further

finds that coercive and compensatory sanctions are appropriate to enforce compliance and to compensate Defendant for fees and costs incurred in bringing the contempt matter.

**IT IS THEREFORE ORDERED** that Plaintiff JDH Unlimited Inc. is **HELD IN CIVIL CONTEMPT** of this Court for failure to comply with the Court's prior order(s) requiring the return of funds to Defendant Jessica Rose Koehler.

**IT IS FURTHER ORDERED** that Plaintiff JDH Unlimited Inc. shall return $45,982.20 to Defendant Jessica Rose Koehler no later than 15 days after entry of this Order. Plaintiff shall file a notice of compliance within 3 days after payment, attaching proof of payment.

**IT IS FURTHER ORDERED** that, as contempt sanctions, Defendant Jessica Rose Koehler is awarded her reasonable attorney's fees and costs incurred in connection with (a) the Motion for Order to Show Cause (ECF No. 54), (b) preparation for and attendance at the May 6, 2026 show-cause hearing, and (c) efforts reasonably necessary to secure Plaintiff's compliance with the Court's order(s) to return the $45,982.20.

**IT IS FURTHER ORDERED** that Defendant Jessica Rose Koehler shall file her motion and supporting documentation to determine the amount of attorney's fees and costs within 21 days after entry of this Order.

**IT IS FURTHER ORDERED** that Plaintiff is advised that continued noncompliance with this Order or the Court's prior order(s) may result in additional sanctions.

**IT IS SO ORDERED.**

DATED this 21st day of May, 2026.

_____

MIRANDA M. DU

UNITED STATES DISTRICT JUDGE