UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JDH UNLIMITED INC., | Case No. 3:25-cv-00651-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| APKZ MEDICAL INC., WESTERN MED SUPPLIES LLC, CHEK SHIH SHEN a/k/a JESSE SHEN, and JESSICA ROSE KOEHLER, | |
| Defendants. | |

The Court found Plaintiff JDH Unlimited Inc. in contempt after Plaintiff failed to appear at the show cause hearing. (ECF Nos. 57, 60.) The Court further found and ordered, as contempt sanctions, that Defendant Jessica Rose Koehler is entitled to an award of her reasonable attorney's fees and costs. (ECF No. 60 at 2.) Defendant then filed a motion for attorney's fees and costs. (ECF No. 61 ("Motion").) The Court finds that the amount of fees requested is reasonable. Accordingly, the Court grants the Motion (ECF No. 61).

It is therefore ordered that Defendant is awarded $8,876.49 in fees and $345.49 in costs against Plaintiff.

DATED THIS 25th Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE